UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAUNDRA HADDIX-HAMILTON,<br><br>Plaintiff(s),<br>v.<br><br>UNITED NETWORK FOR ORGAN SHARING, et al.,<br><br>Defendant(s). | CASE NO. C26-2564-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES |

After reviewing the parties stipulated motion to extend briefing deadlines (Dkt. No. 32), and finding good cause, the Court GRANTS the motion. The deadline for Plaintiff's oppositions to Swedish's Motion to Dismiss and Motion to Strike Class Allegations (Dkt. No. 16) and UNOS's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 22) is extended to October 23, 2026. The deadline for Defendants' replies in support of those motions is extended to November 9, 2026. The clerk is directed to re-note the motions at Dkt. Nos. 16 and 22 to November 9, 2026.

Dated this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge